IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ADONIS M. BULLOCK,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION,<br><br>         Defendant. | Action No. 3:08–CV–371 |

ORDER

THIS MATTER is before the Court on Adonis Bullock's objections to Judge Dohnal's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of an application for Social Security Disability and Supplemental Security Income payments (Docket No. 12). For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Bullock's objections and ADOPTS Judge Dohnal's Report and Recommendation (Docket No. 11) DENYING Bullock's Motion for Summary Judgment (Docket No. 8) and Motion to Remand (Docket No. 9), GRANTING Defendant's Motion for Summary Judgment (Docket No. 9), AFFIRMING the Commissioner's decision to deny benefits to Bullock.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                 _____/s/_____
                 James R. Spencer
                 Chief United States District Judge

Entered this  12th   day of May 2009